|  |  |
|---|---|
| USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 08/08/2022 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ, *individually, and on behalf of all others similarly situated*,

                      Plaintiff,

            v.

ELLEVET SCIENCES LLC,

                      Defendant.

22-CV-5386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    August 8, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge